*Vacated per order filed 9/5/19.*

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RICHARD FREDERICK POWELL, III, Petitioner, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ERIC JOHNSON, DISTRICT JUDGE, Respondents, and RENEE BAKER, WARDEN,; AND THE STATE OF NEVADA, Real Parties in Interest. | No. 79172 |



FILED

AUG 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of mandamus seeking an order directing the district court to strike orders it has entered below, disqualify a district court judge, transfer petitioner's case to another department, appoint counsel, and sanction the Clark County District Attorney.

Problematically, petitioner has not provided this court with sufficient exhibits or other documentation that would support his claims for relief. See NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, see NRS 34.160; NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228,

19-33413

88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").  Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc:    Hon. Eric Johnson, District Judge
       Richard Frederick Powell, III
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk